■ BELLA POLLACK, Respondent, v. BENI POLLACK, Appellant.— Motion by respondent to vacate the stay which was granted in the order of this court dated May 3, 1972 and to dismiss appeal from an order of the Supreme Court, Queens County, dated April 17, 1972. Motion dismissed as academic. The appeal is decided herewith. The stay has terminated with the determination of the appeal. Hopkins, Acting P. J., Latham, Shapiro, Gulotta and Christ, JJ., concur.